UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO CESAR ARNEDO,

                       Petitioner,

        -against-

LAWRENCE CATLETTI, et al.,

                       Respondents.

26-cv-244

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner Julio Cesar Arnedo filed a petition for a writ of habeas corpus through next of friend Karen Polo under 28 U.S.C. § 2241 on January 12, 2026. Later that same day, the Court ordered the Government to submit a letter to the Court addressing whether the outcome of the Petition is controlled by this Court's prior opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and, if so, whether the Government is prepared to waive its rights to a response and to submit a letter or otherwise consent to Petitioner's release without prejudice to its rights on appeal. Dkt. No. 5.

The Government submitted a letter on January 14, 2026, in which it agreed that full briefing is not necessary given the Court's prior decision in *Tumba*. Dkt. No. 9. The Government stated that "the facts here are materially indistinguishable from those of *Tumba*" and that *Tumba* "would control this case if the Court adheres to the decision." *Id.* The Government has given the Court no reason to depart from its prior ruling in *Tumba*, and the Court therefore adheres to its ruling in that case and finds, for the reasons stated in *Tumba*, that to detain Petitioner the Government must comply with 8 U.S.C. § 1226. Petitioner's detention is not mandatory and requires the exercise of discretion. *See, e.g.*, *Campos v. Francis*, 2025 WL 3514120, at *1 (S.D.N.Y. Dec. 8, 2025). In *Tumba*, the Court concluded that the appropriate

remedy for the petitioner there was immediate release.  The Government concedes this case is materially indistinguishable.

Therefore, the Petition for a writ of habeas corpus is GRANTED.  Respondents are ordered to release Petitioner by no later than 11:59 PM tonight, January 14, 2026, and to certify compliance with the Court's Order by filing an entry on the docket by noon tomorrow, January 15, 2026.

The Clerk of Court is directed to close this case.  The conference scheduled for January 15, 2026, at noon is canceled.  A copy of this order is being emailed to counsel as well as filed on the docket.

SO ORDERED.

Dated:   January 14, 2026
         New York, New York

_____
LEWIS J. LIMAN
United States District Judge