

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:     *Julio Cesar Arnedo et al. v. Catletti et al.*, No. 26 Civ. 244 (LJL)

Dear Judge Liman:

This Office represents the government in the above-referenced immigration habeas corpus action brought by Julio Cesar Arnedo ("Arendo"), and Karen Polo as Next Friend ("Petitioners").

I write respectfully pursuant to the Court's order dated January 14, 2026, ordering U.S. Immigration and Customs Enforcement ("ICE") to release Arnedo from custody by 11:59 p.m. on January 14, 2026, and directing the government to certify compliance with the order by 12:00 p.m. today. Dkt. No. 11.

ICE has informed this Office that the petitioner was released from ICE custody yesterday at approximately 6:56 p.m.

I thank the Court for its consideration of this submission.

Respectfully submitted,

The Clerk of Court is respectfully directed to close this case.

JAY CLAYTON
United States Attorney

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

January 15, 2026

By:     */s/ Lawrence H. Fogelman*
Lawrence H. Fogelman
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2719
E-mail: Lawrence.Fogelman@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)