**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JULIO CESAR ARNEDO,

                              Petitioner,                    26 **CIVIL** 0244 (LJL)

        -against-                                            **JUDGMENT**

LAWRENCE CATLETTI, et al.,

                              Respondent.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 14, 2026, the Petition for a writ of habeas corpus is

GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
            January 15, 2026


                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**

                                    **BY:**
                                            _____
                                                            **Deputy Clerk**